# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| HILARIO MEDINA,<br><br>        Plaintiffs,<br><br>v.<br><br>ROBIN LEATHAM et al.,<br><br>        Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:18-CV-108 CW<br><br>District Judge Clark Waddoups |

      Plaintiff has not responded to the Court's May 16, 2018, order to within thirty days show cause why his case should not be dismissed for failure to comply with the Court's order to submit an initial partial filing fee.

      IT IS THEREFORE ORDERED that, for failure to comply with the Court's order and failure to prosecute, Plaintiffs' complaint is dismissed without prejudice.

      DATED this 17th day of July, 2018.

                  BY THE COURT:

                  */s/ Clark Waddoups*
                  CLARK WADDOUPS
                  United States District Judge